# Court of Appeals
# of the State of Georgia

ATLANTA, August 19, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0015. JERRY DEWAYNE MARTIN v. THE STATE.

On June 16, 2022, Jerry Dewayne Martin filed a pro se application for discretionary review of the trial court's May 11, 2022 order denying his "motion for leave to file affidavit in support of quo warranto sui jurist."[1] Pretermitting whether the trial court's order is subject to discretionary appellate review, however, we lack jurisdiction to because Martin's application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Martin filed his application 36 days after the trial court's order was entered. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/19/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

---

[1] Martin filed his application in the Supreme Court, which transferred the matter here.